AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JEFFREY SAHL FARRIS | ) | Case No. 3:20-mj-218 |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 24, 2020__ in the county of __Rolette__ in the _____ District of __North Dakota__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 113(a)(3) | Assault with Dangerous Weapon |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Amy Chandler, FBI Special Agent
_____
Printed name and title

Sworn to before me ~~and signed in my presence.~~ via telephone.

Date: May 1, 2020

_____
Judge's signature

City and state: Fargo, ND

Alice Senechal, US Magistrate Judge
_____
Printed name and title