LAW ENFORCEMENT SENSITIVE (FOUO)




## UNITED STATES
## DEPARTMENT OF THE INTERIOR
### Bureau of Indian Affairs
### Incident Details

| | |
|---|---|
| Printed: | 04/29/2021 16:23 by 5644 |
| Incident: | BO14052132 |

**Incident details:**

| | |
|---|---|
| Report no.: | BO14052132 |
| Dispatch type: | Other |
| Incident type: | Disorderly Conduct [90C] |
| Incident time: | 09/19/2014 15:09 - |
| Reported time: | 09/19/2014 15:09 |
| Place of offence: | , BELCOURT, ROLETTE ND USA 58316 (Region: D1, State/Zone: ND, Area: TURTLEMOUNTAINAGENCY, Site: TUTLEMOUNTAINTRIBE) |
| Source: | Other |
| Priority: | Priority 3 |
| Clearance status: | Closed |
| Concluded: | No |
| Concluded date: | |
| Summary: | COP received report from Agency Superintendent that one of their tenants has a child who is posing a serious and imminent threat to the occupants of his neighbors in the government quarters, especially the children. Behaviors range from verbal to physical assault, shooting other children in the face and back with a pellet gun which is supplied by subjects father. This subject makes neighbor children do inappropriate and lewd acts to one another. Subject damages tenants personal property, vehicles, campers, swimming pools and childrens property. Subject enters homes with out consent of owners while tenants are not home. Attempts have been made to work with the subjects father. Father does not supervise his son or hold him accountable for his actions. |
| Remarks: | |

**Associated occurrences:**

**Involved persons:**

- F, S / Juvenile offender; Suspect / DOB:     2005 (16) Gender: Male ( BELCOURT, ROLETTE ND USA 58316 (Region: D1, State/Zone: ND, Area: TURTLEMOUNTAINAGENCY, Site: TUTLEMOUNTAINTRIBE) )
- FERRIS, JEFFREY SAHL [AM] / Suspect / DOB:    1966 (55) Gender: Male (     ,  BELCOURT, ROLETTE ND USA 58316 (Region: D1, State/Zone: ND, Area: TURTLEMOUNTAINAGENCY, Site: TURTLEMOUNTAINTRIBE) ) DL:     7536    (Cellular phone)     0545
- KEPLIN, DAVID MICHAEL / Complainant / DOB:    1953 (67) Gender: Male (     ), BELCOURT, ROLETTE ND USA 58316 (Region: D1, State/Zone: ND, Area: TURTLEMOUNTAINAGENCY, Site: TUTLEMOUNTAINTRIBE) (Land line)     3191 ) DL:I    6975

**Involved addresses:**

- Incident address / BELCOURT, North Dakota, USA 58316 (Region: D1, State/Zone: ND, Area: TURTLEMOUNTAINAGENCY, Site: TURTLEMOUNTAINTRIBE)

**Involved comm addresses:**

LAW ENFORCEMENT SENSITIVE (FOUO)

GOVERNMENT EXHIBIT
CASE NO. 3:20-cr-96
EXHIBIT NO. 5

**LAW ENFORCEMENT SENSITIVE (FOUO)**

*Involved vehicles:*

*Involved officers:*

- Reporting officer; Supervising officer / DAVIS, E. / #Z5654 / BIAOJS / Inactive employee / 09/19/2014
- Public safety dispatcher / HALL, S. / BIAOJS / Police other / OJS DISTRICT I - TURTLE MOUNTAIN AGENCY / 09/19/2014

*Involved property:*

*Modus operandi:*

*Reports:*