# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.:  3:20-CR-96 |
| | ) |
| Jeffrey Sahl Ferris, | ) |
| | ) |
| Defendant. | ) |

## ORDER DIRECTING JURY MEALS

This criminal case has been submitted to the jury for its deliberations.  It is hereby **ORDERED** that while the jury is deliberating, meals will be provided to the jurors at Government expense.  The Clerk is authorized to furnish the meals and to ensure that the accommodation is not abused or wasted.

It is **FURTHER ORDERED** that jurors who are entitled to receive a travel subsistence allowance will be paid the full per diem amount.

Dated this 17th day of May, 2021.

*/s/ Peter D. Welte*
Peter D. Welte, Chief Judge
United States District Judge