IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **VERDICT FORM** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:20-cr-96 |
| | ) | |
| Jeffrey Sahl Ferris, | ) | |
| | ) | |
| Defendant. | ) | |

1. **Reckless Endangerment**

   We the jury find the Defendant, Jeffrey Sahl Ferris,

   _____ Not Guilty           __✓__ Guilty

   of the offense of Reckless Endangerment as set forth in Count One of the Indictment.

2. **Assault with a Dangerous Weapon**

   We the jury find the Defendant, Jeffrey Sahl Ferris,

   __✓__ Not Guilty           _____ Guilty

   of the offense Assault with a Dangerous Weapon (S.L.) as set forth in Count Two of the Indictment.

3. **Assault with a Dangerous Weapon**

   We the jury find the Defendant, Jeffrey Sahl Ferris,

   __✓__ Not Guilty           _____ Guilty

   of the offense Assault with a Dangerous Weapon (E.D.) as set forth in Count Three of the Indictment.

1

4. **Assault with a Dangerous Weapon**

   We the jury find the Defendant, Jeffrey Sahl Ferris,

   __✓__ Not Guilty         _____ Guilty

   of the offense Assault with a Dangerous Weapon (K.D.) as set forth in Count Four of the Indictment.

5. **Assault with a Dangerous Weapon**

   We the jury find the Defendant, Jeffrey Sahl Ferris,

   __✓__ Not Guilty         _____ Guilty

   of the offense Assault with a Dangerous Weapon (J.M.) as set forth in Count Five of the Indictment.

6. **Assault with a Dangerous Weapon**

   We the jury find the Defendant, Jeffrey Sahl Ferris,

   __✓__ Not Guilty         _____ Guilty

   of the offense Assault with a Dangerous Weapon (Z.P.) as set forth in Count Six of the Indictment.

7. **Assault with a Dangerous Weapon**

   We the jury find the Defendant, Jeffrey Sahl Ferris,

   __✓__ Not Guilty         _____ Guilty

   of the offense Assault with a Dangerous Weapon (B.B.) as set forth in Count Seven of the Indictment.

8. **Assault with a Dangerous Weapon**

   We the jury find the Defendant, Jeffrey Sahl Ferris,

   __✓__ Not Guilty         _____ Guilty

   of the offense Assault with a Dangerous Weapon (W.D.) as set forth in Count Eight of the Indictment.

9.  **Terrorizing**

    We the jury find the Defendant, Jeffrey Sahl Ferris,

    \_\_\_\_ Not Guilty        ✓ Guilty

    of the offense Terrorizing as set forth in Count Nine of the Indictment.

11. **Use of a Firearm in Relation to a Felony Crime of Violence**

    (a) We the jury find the Defendant, Jeffrey Sahl Ferris,

    \_\_\_\_ Not Guilty        ✓ Guilty

    of the offense Use of a Firearm in Relation to a Felony Crime of Violence as set forth in Count Eleven of the Indictment.

    (b) Please answer this question <u>only</u> if you have found the Defendant, Jeffrey Sahl Ferris, "Guilty" of Count Eleven: Do you find unanimously and beyond a reasonable doubt that the Defendant brandished the firearm?

    ✓ Yes        \_\_\_\_ No

Dated this 17th day of May, 2021.

_____
                                                                Foreperson

After you have completed this verdict form, have your foreperson sign and date it, and inform the court security officer that you have reached your verdicts.

3