IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>JEFFREY SAHL FERRIS,<br><br>　　　　　Defendant. | Case No. 3:20-cr-96<br><br>**UNITED STATES' MOTION TO DISMISS** |

　　　The United States of America, by Nicholas W. Chase, Acting United States Attorney for the District of North Dakota, and Dawn M. Deitz, Assistant United States Attorney, hereby moves pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss the Indictment against Jeffrey Sahl Ferris, as defendant is deceased.

　　　Dated: May 19, 2021

　　　　　　　　　　　　　　　　　　　　　　NICHOLAS W. CHASE
　　　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　By:　　/s/ *Dawn M. Deitz*
　　　　　　　　　　　　　　　　DAWN M. DEITZ
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　ND Bar ID 06534
　　　　　　　　　　　　　　　　655 First Avenue North, Suite 250
　　　　　　　　　　　　　　　　Fargo, ND  58102-4932
　　　　　　　　　　　　　　　　(701) 297-7400
　　　　　　　　　　　　　　　　dawn.deitz@usdoj.gov
　　　　　　　　　　　　　　　　Attorney for United States