# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER GRANTING GOVERNMENT'S** |
| ) | **MOTION TO DISMISS INDICTMENT** |
| vs. ) | |
| ) | Case No. 3:20-cr-96 |
| Jeffrey Sahl Ferris, ) | |
| ) | |
| Defendant. ) | |

Before the Court is the Government's "Motion to Dismiss" filed on May 19, 2021.  See Doc. No. 84.  Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Government's motion to dismiss the Indictment (Doc. No. 84) is **GRANTED**.  The Indictment as to the Defendant, Jeffrey Sahl Ferris, is **DISMISSED** as the Defendant is deceased.

**IT IS SO ORDERED**.

Dated this 19th day of May, 2021.

*/s/ Peter D. Welte*
Peter D. Welte, Chief Judge
United States District Court