IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America | **RECEIPT FOR RETURN OF EXHIBITS** |
| v. | |
| Jeffrey Sahl Ferris | Case No.   3:20-cr-96 |

The following exhibits were received from the Office of the Clerk:

At the conclusion of trial:

Government's Exhibit 21 - Firearm

Government's Exhibit 22 - Magazine

Government's Exhibit 23 - Ammo

Government's Exhibit 24 - Piece from B.B.'s dirt bike

Date  5/21/2021

Signature: [signed]

Printed Name: Sarah Joyce